UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
ELIAS PEREZ SANCHEZ, et al.,                            :
                                       Plaintiffs,      :
                                                        :              14 Civ. 07811 (LGS)
                     -against-                          :
                                                        :                  ORDER
99 MILES TO PHILLY, INC., et al.,                       :
                                                        :
                                       Defendants. :
--------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated March 24, 2015, the parties were required to submit their

settlement agreement for approval along with a joint letter explaining why the settlement was fair

and reasonable by April 14, 2015.

      WHEREAS, on April 2, 2015, the parties timely filed a joint submission seeking approval

of their settlement agreement (the "April 2 Submission").  The April 2 Submission stated that the

amount of settlement was $30,000 and that "[t]he amount of attorneys' fees and costs is one-third

of the settlement."

      WHEREAS, by Order dated April 6, 2015, the parties were required to file an amendment

striking the confidentiality provision in the executed settlement agreement by April 15, 2015.

      WHEREAS, the parties timely filed a revised settlement agreement striking the

confidentiality provision and proposed stipulation of dismissal.

      WHEREAS, by Order dated April 21, 2015, the parties were required to address

deficiencies in the April 2 Submission by May 15, 2015.

      WHEREAS, on May 14, 2015, the parties timely submitted additional materials in further

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/15

support of their request for settlement approval (the "May 14 Submission"). In the May 14

Submission, Plaintiff's counsel stated that its proposed fees are now $13,700. It is hereby

      **ORDERED** that the parties' settlement agreement (Dkt. No. 37-1) is APPROVED. The

settlement is "fair and reasonable" under the factors articulated in *Wolinsky v. Scholastic, Inc.*,

900 F. Supp. 2d 332 (S.D.N.Y. 2012). It is further

      **ORDERED** that Plaintiff's counsel is awarded **$10,000** in attorney's fees. "Where a

proposed settlement of FLSA claims includes the payment of attorney's fees, the court must also

assess the reasonableness of the fee award." *Wolinsky*, 900 F. Supp. 2d at 336. Here, Plaintiff's

counsel provides no explanation for the increased in its proposed fees from $10,000 to $13,700.

The billing records accompanying the May 14 Submission state that Plaintiff's counsel spent 2.5

hours -- totaling $1,000 at Plaintiff's counsel proposed rate of $400 per hour -- on this case

following the April 2 Submission. Moreover, Plaintiff's counsel expended these additional hours

because joint submission filed by Plaintiff's counsel was deficient and did not comply with the

March 24 Order. Accordingly, the Court declines to award Plaintiff's counsel the additional

$3,700 and finds an award of $10,000 in attorney's fees is reasonable in this case.

      The Clerk of Court is respectfully directed to close this case.

Dated: May 15, 2015
      New York, New York

                              **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**